UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES JORDAN, | ) | Case No. CV 09-3531 JSL(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order (1) Denying Request for Extension without Prejudice ("Petitioner's Request"); and (2) Dismissing Case without Prejudice, IT IS HEREBY ADJUDGED THAT Petitioner's Request is denied and this case is dismissed without prejudice.

DATED:    06/02/09

_____
HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE

1